# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KEVIN PRICE, | § | |
| | § | No. 244, 2014 |
| Respondent Below, | § | |
| Appellant, | § | Court Below – Family Court |
| | § | of the State of Delaware, |
| v. | § | in and for New Castle County |
| | § | |
| DCSE/MARIA FROST, | § | Petition Nos. 13-35694 & 13-35695 |
| | § | |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: July 22, 2014
Decided: August 19, 2014

Before, **HOLLAND**, **RIDGELY** and **VALIHURA**, Justices.

## ORDER

This 19th day of August 2014, having carefully considered the appellant's opening brief and the appellee's motion to affirm, as well as the record on appeal, the Court has determined that the judgment of the Family Court should be affirmed on the basis of the reasons stated in the Family Court's Order dated April 14, 2014.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is **AFFIRMED.**

BY THE COURT:

/s/ Randy J. Holland
Justice